IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| DAVID RYAN WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CV 325-034 |
| ) | |
| WARDEN KENDRICK JACKSON; ) | |
| CERT SGT. WRIGHT; GEORGIA ) | |
| DEPARTMENT OF CORRECTIONS; ) | |
| SGT. APRIL BROWN; and WARDEN ) | |
| ANDREW McFARLANE, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 22.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Defendant Georgia Department of Corrections, as well as Plaintiff's due process claims, claims concerning deprivation and loss of personal property, claims concerning prison regulations and grievance processing against Defendants McFarlane and Jackson, and conspiracy claims against Defendants Jackson and Brown for failure to state a claim upon which relief may be granted. This case shall proceed against Defendants Jackson, Wright, Brown, and McFarlane as described in the Magistrate Judge's July 7, 2025 Order. (Doc. no. 18.)

SO ORDERED this 15th day of September, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE