IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

DAVID RYAN WALKER,                   )
                                     )
            Plaintiff,               )
                                     )
      v.                             )          CV 325-034
                                     )
WARDEN KENDRICK JACKSON;             )
CERT SGT. WRIGHT; SGT. APRIL         )
BROWN; and WARDEN ANDREW             )
McFARLANE,                           )
                                     )
            Defendants.              )

                        _____

                     **O R D E R**

                        _____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 61.) The Magistrate Judge recommended denying Plaintiff's motions for injunctive relief for multiple reasons, including that the Court cannot order injunctive relief against non-parties to the lawsuit or when the requested relief bears no connection to the underlying claims in the complaint. (See doc. no. 54.) Nothing in Plaintiff's objections changes the analysis.

Plaintiff's continued reliance on events occurring at his current place of incarceration, Macon State Prison, when his underlying claims are based on events alleged to have occurred at Telfair State Prison, does not support granting injunctive relief for all the reasons already explained in the recommendation from the Magistrate Judge. Therefore, Plaintiff's "Motion for Further Testimony for Injunctive Relief," which was filed after entry of the

Report and Recommendation, is denied. (Doc. no. 56.)  Any claims regarding Plaintiff's conditions of confinement at Macon State Prison must be filed in the Middle District of Georgia.

Accordingly, the Court **OVERRULES** the objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion.  Therefore, the Court **DENIES** Plaintiff's motions for injunctive relief, (doc. nos. 42, 44, 50), as well as Plaintiff's "Motion for Further Testimony for Injunctive Relief," (doc. no. 56).

SO ORDERED this _____9TH_____ day of March, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE